IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00366-WYD-PAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2277 HIDDEN VALLEY ROAD, SEDALIA, COLORADO;
$131,430.00 IN UNITED STATES CURRENCY;
$53,487.16 SEIZED FROM FIRST BANK;
$12,620.59 SEIZED FROM WELLS FARGO BANK;
$112,589.77 SEIZED FROM AIR ACADEMY FEDERAL CREDIT UNION;
2007 JEEP CHEROKEE, VIN 1J8HR58P47C525393;
2003 BMW MOTORCYCLE, VIN WB10182A23ZE48046;
2005 POLARIS ATV; and
2005 POLARIS ATV,

    Defendants.

## ORDER DISMISSING DEFENDANT PROPERTY

THIS MATTER is before the Court on the United States' Unopposed Motion to Dismiss One Defendant Property, filed May 25, 2007 (docket #8).  Upon review of the motion and file in this matter, it is hereby ORDERED that:

    1.    Defendant $53,487.16 seized from First Bank is hereby **DISMISSED** from this case; and

    2.    This Order shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 (a)(2).

Dated: May 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge