IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00366-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2277 HIDDEN VALLEY ROAD, SEDALIA, COLORADO;
$131,430.00 IN UNITED STATES CURRENCY;
$53,487.16 SEIZED FROM FIRST BANK;
$12,620.59 SEIZED FROM WELLS FARGO BANK;
$112,589.77 SEIZED FROM AIR ACADEMY FEDERAL CREDIT UNION;
2007 JEEP CHEROKEE, VIN 1J8HR58P47C525393;
2003 BMW MOTORCYCLE, VIN WB10182A23ZE48046;
2005 POLARIS ATV; and
2005 POLARIS ATV,

    Defendants.

## ORDER DISMISSING ONE DEFENDANT PROPERTY

This matter having come before the Court on the United States' Unopposed Motion to Dismiss One Defendant Property, filed June 7, 2007 (docket #10), and the Court being fully apprised, it is hereby ORDERED that:

1. Defendant 2005 Polaris 500 ATV, which is the second 2005 Polaris ATV listed in the caption and fully described in paragraph 3(I) of the complaint, is hereby **DISMISSED** from this case; and

2. This Order shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 (a)(2).

Dated: June 11, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge