IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00366-WYD-KLM

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

2277 HIDDEN VALLEY ROAD, SEDALIA, COLORADO,
$131,430.00 IN UNITED STATES CURRENCY,
$12,620.59 SEIZED FROM WELLS FARGO BANK,
$112,589.77 SEIZED FROM AIR ACADEMY FEDERAL CREDIT UNION,
2007 JEEP CHEROKEE, VIN 1J8HR58P47C525393,
2003 BMW MOTORCYCLE, VIN WB10182A23ZE48046,
and
2005 POLARIS ATV,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion to Amend the Scheduling Order** [Docket No. 83; Filed June 18, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The discovery deadline is extended to July 22, 2009, and the dispositive motion deadline is extended to September 23, 2009.

      IT IS FURTHER **ORDERED** the Final Pretrial Conference set for September 29, 2009 at 10:00 a.m. is **vacated** and **reset** to **November 23, 2009 at 10:30 a.m.**

Dated:  June 19, 2009