IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00366-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

2277 HIDDEN VALLEY ROAD, SEDALIA, COLORADO,
$131,430.00 IN UNITED STATES CURRENCY,
$12,620.59 SEIZED FROM WELLS FARGO BANK,
$112,589.77 SEIZED FROM AIR ACADEMY FEDERAL CREDIT UNION,
2007 JEEP CHEROKEE, VIN 1J8HR58P47C525393,
2003 BMW MOTORCYCLE, VIN WB10182A23ZE48046,
and
2005 POLARIS ATV,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Dispositive Motion Deadline and Hearing on Motion to Suppress in Light of Settlement** [Docket No. 93; Filed September 11, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED.** The dispositive motions deadline and the evidentiary hearing set for September 24, 2009 at 10:00 a.m. are **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file a Settlement Agreement, a Motion for Entry of a Final Order of Forfeiture, and a Motion for Order of Forfeiture and Final Judgment on or before **December 10, 2009**.

Dated:  September 11, 2009