IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00366-WYD-KLM

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

2277 HIDDEN VALLEY ROAD, SEDALIA, COLORADO,
$131,430.00 IN UNITED STATES CURRENCY,
$12,620.59 SEIZED FROM WELLS FARGO BANK,
$112,589.77 SEIZED FROM AIR ACADEMY FEDERAL CREDIT UNION,
2007 JEEP CHEROKEE, VIN 1J8HR58P47C525393,
2003 BMW MOTORCYCLE, VIN WB10182A23ZE48046,
and
2005 POLARIS ATV,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      The Court has been informed that the parties have reached a settlement in the case. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion to Suppress [Docket No. 76; Filed May 14, 2009] is **DENIED as moot**.

Dated:  September 28, 2009