IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-00366-WYD-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2277 HIDDEN VALLEY ROAD, SEDALIA, COLORADO;

$131,430.00 IN UNITED STATES CURRENCY;

$12,620.59 SEIZED FROM WELLS FARGO BANK;

$112,589.77 SEIZED FROM AIR ACADEMY FEDERAL CREDIT UNION;

2007 JEEP CHEROKEE, VIN 1J8HR58P47C525393;

2003 BMW MOTORCYCLE, VIN WB10182A23ZE48046; and

2005 POLARIS ATV,

       Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, filed November 2, 2009 [#98].  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Robert Page has filed the requisite Claim and Answer;

THAT no other claims have been filed;

THAT the United States and sole claimant Robert Page have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT upon agreement of the parties, claimant Page agrees to forfeit all right, title, and interest in the defendant properties to the United States:

    a. $110,000 paid in lieu of forfeiture of defendant 2277 Hidden Valley Road,

    b. $131,430.00 in United States currency,

    c. $12,620.59 seized from Wells Fargo Bank, N.A.,

    d. $112,589.77 seized from Air Academy Federal Credit,

    e. 2007 Jeep Cherokee VIN 1J8HR58P47C525393,

    f. 2003 BMW Motorcycle VIN WB10182A23ZE48046, and

    g. 2005 Polaris ATV, last 6 readable digits of VIN# 371669 (CATS # 07-DEA-479859).

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the above described defendant property shall enter in favor of the United States; the United States shall have full and legal title to the forfeited property, and may dispose of it in accordance with law and in accordance with the terms

and provisions of the parties' Settlement Agreement;

 THAT the Clerk of Court is directed to enter Judgment; and

 THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

 Dated: November 3, 2009

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          Chief United States District Judge